IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA FLAGG on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIRST PREMIER BANK, a South Dakota State-Chartered Bank,<br><br>Defendant. | CIVIL ACTION<br>FILE NO.: 1:15-CV-00324-MHC |

## ~~PROPOSED~~ CONSENT ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

FOR GOOD CAUSE SHOWN, the Unopposed Motion for Extension of Time for Defendant to Answer, Object, Plead, Move or Otherwise Respond to the Complaint, is hereby **GRANTED**.

Accordingly, it is hereby **ORDERED** that the time within which Defendant First PREMIER Bank may answer, object, plead, move or otherwise respond to the Complaint is extended from March 3, 2015 to and including March 27, 2015.

IT IS SO ORDERED, this 26th day of February, 2015.

_____
HONORABLE MARK H. COHEN
United States District Court Judge