UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA FLAGG on Behalf of Herself and, All Others Similarly Situated, | : |
| Plaintiff, | : CASE NO. 1:15-cv-00324-MHC |
| v. | : |
| FIRST PREMIER BANK, a South Dakota State-Chartered Bank, | : |
| Defendant. | : |

## [PROPOSED] ORDER

THIS MATTER having come before the Court upon the Parties' Joint Motion to Stay Discovery and Suspend Deadlines, and the Court having considered the same, and for good cause shown;

IT IS HEREBY ORDERED that the Joint Motion to Stay Discovery and Suspend Deadlines is GRANTED; and

IT IS HEREBY ORDERED that discovery is stayed and all existing deadlines are suspended, including the deadlines applicable to (a) the early planning conference set by Local Rule 16.1, (b) the filing of the Joint Preliminary Report and Discovery Plan set by Local Rule 16.2, and (c) the time in which Plaintiff may be required to move for class certification set by Local Rule 23.1(B),

with the exception of deadlines relating to the briefing of Defendant's Motion to Compel Arbitration (Doc. No. 17). Absent further relief, this stay and suspension of deadlines ends fourteen days after the Court enters a ruling on Defendant's Motion to Compel Arbitration.

SO ORDERED, this 6th day of April, 2015.

_____
Mark H. Cohen
United States District Judge